```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17526
   JOSE A SOBERANIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8311


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/25/2007 and was not confirmed.

     The case was dismissed without confirmation 12/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
BAYVIEW LOAN SERVICING L  CURRENT MORTG           .00           .00           .00
BAYVIEW LOAN SERVICING L  MORTGAGE ARRE      22000.00           .00           .00
CITY OF CHICAGO PARKING   SECURED            23537.00           .00           .00
OPTION ONE MORTGAGE       CURRENT MORTG           .00           .00           .00
OPTION ONE MORTGAGE       MORTGAGE ARRE      87000.00           .00           .00
SKYLINE INVESTMENTS FUND  CURRENT MORTG           .00           .00           .00
US CELLULAR               UNSEC W/INTER NOT FILED             .00           .00
NIPSCO                    UNSEC W/INTER NOT FILED             .00           .00
CITIFINANCIAL SERVICES    UNSEC W/INTER       2673.12           .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER NOT FILED             .00           .00
COMMONWEALTH EDISON       NOTICE ONLY   NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER        967.22           .00           .00
FIRST CONSUMERS NATIONAL  UNSEC W/INTER NOT FILED             .00           .00
GENESIS FINANCIAL SOLUTI  UNSEC W/INTER NOT FILED             .00           .00
EMERGENCY PHYSICIANS      UNSEC W/INTER NOT FILED             .00           .00
BENEFICIAL/HOUSEHOLD FIN  UNSEC W/INTER NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER        587.74           .00           .00
PEOPLES ENERGY CREDIT UN  UNSEC W/INTER       6896.27           .00           .00
PEOPLES ENERGY CREDIT UN  UNSEC W/INTER           .00           .00           .00
NIPSCO                    UNSEC W/INTER        664.88           .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED             .00           .00
TURNER ACCEPTANCE         UNSEC W/INTER       1216.56           .00           .00
WELLS FARGO FINANCIAL IL  UNSEC W/INTER        681.67           .00           .00
US BANK NATIONAL ASSOC    NOTICE ONLY   NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 17526 JOSE A SOBERANIS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                   ---------------    ---------------
TOTALS                                         .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 03/27/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```